**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

CLINTON ROSS,

    Petitioner,

v.                                      CASE NO. 5:08-cv-188-MCR-AK

JAMES MCDONOUGH,

    Respondent.

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 18, 2008. The parties have been furnished a copy of the report and recommendation and afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a <u>de novo</u> determination of any portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation, Doc. 30, is adopted and incorporated by reference in this order.

2. This cause is hereby **DISMISSED WITH PREJUDICE**.

DONE AND ORDERED this 3rd day of July, 2008.

                                                *s/ M. Casey Rodgers*
                                               **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**